# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Shaun A. House

                     Plaintiff,

v.                                           Case No.: 1:17−cv−05018
                                          Honorable Elaine E. Bucklo

Akorn, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Application to appear pro hac vice of Robert H. Baron as counsel for defendants [30] is granted. Per the stipulation of dismissal this case is dismissed without prejudice, each party bearing its own attorney's fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.